1  DERICK E. KONZ, ESQ., SB No. 286902
      Email: dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants COUNTY OF EL DORADO, BRADLEY HELLAM, RYAN
7  MCELROY, and FNU JONES

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | JUSTIN DORNBIER,             ) | Case No.: 2:25-cv-02783-CKD
12 |                              ) |
   |           Plaintiff,         ) | **STIPULATION AND [proposed] ORDER
13 |                              ) | EXTENDING DEADLINE TO RESPOND
   |     vs.                      ) | TO COMPLAINT**
14 |                              ) |
15 | COUNTY OF EL DORADO, et al.  ) |
   |                              ) |
16 |           Defendants.        ) |

-1-
STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

1  The parties hereby stipulate to and request a court order extending the time for all
2  Defendants to file a responsive pleading until two weeks after the parties attend mediation. The
3  parties have agreed to attend on January 16, 2026. Defendants shall file a responsive pleading on
4  or before January 30, 2026.

5  **SO STIPULATED.**

7  Dated: November 25, 2025                ANGELO, KILDAY & KILDUFF, LLP

                                           */s/ Derick E. Konz*
                                           By:_____
                                             DERICK E. KONZ
                                             Attorney for Defendants COUNTY OF
                                             EL DORADO, BRADLEY HELLAM,
                                             RYAN MCELROY, and FNU JONES

13 Dated: November 25, 2025                Law Offices of Kenneth C. Odiwe, PC

                                           */s/ Kenneth Chike Odiwe*
                                           (As Authorized on November 25, 2025)
                                           By:_____
                                             Kenneth Chike Odiwe
                                             Attorney for Plaintiff JUSTIN
                                             DORNBIER

STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

**ORDER**

IT IS HEREBY ORDERED that all Defendants' deadline to file a responsive pleading is extended to January 30, 2026.

Dated: November 26, 2025

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, dorn.2783.25